UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | | |
|---|---|---|
| GARY MYERS, | ) | Case No.: 09-3026 |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | **STIPULATION FOR** |
| v. | ) | **DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| SNAKE DEN LODGE, LLC, AND | ) | |
| CORDIE SCHLOMER, | ) | |
| | ) | |
| Defendant(s). | ) | |

It is hereby stipulated and agreed by and between the Plaintiff and the Defendants, by their respective attorneys, that Plaintiff's Complaint may be dismissed on their merits, with prejudice, and without costs or further notice to any party.

Dated: February ___1___, 2011.

GUNDERSON, PALMER, NELSON
& ASHMORE, LLP

By_____
Quentin L. Riggins
Attorneys for Defendants
P.O. Box 8045
Rapid City, SD  57709-8045
(605) 342-1078
qriggins@gpnalaw.com

GOODSELL QUINN, LLP

By_____
Terry Quinn
Attorneys for Plaintiff
P.O. Box 9249
Rapid City, SD  57709
(605) 343-3000
terry@goodsellquinn.com

410336 / 01636.0011

1